1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   DAVID BECK,                    )        Case No.: C-05-2131   PVT
                                     )
13                  Plaintiff,       )        **ORDER TO SHOW CAUSE WHY**
                                     )        **CASE SHOULD NOT BE DISMISSED**
14          v.                       )        **FOR FAILURE TO PROSECUTE**
                                     )
15   COMMISSIONER OF SOCIAL          )
     SECURITY,                       )
16                                   )
                    Defendant.       )
17   _____)

18          Plaintiff filed the Complaint in this matter on May 24, 2005.   On June 2, 2005, the court

19   granted Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*.  On October 17, 2005,

20   Defendant filed an Answer to the Complaint in this matter.[1]  Civil Local Rule 16-5 states:

21   "Within 30 days of receipt of defendant's answer, plaintiff must file a motion for summary

22   judgment pursuant to Civil L.R. 7-2 and FRCivP 56."  As of the date of this Order, Plaintiff has

23   not filed a Motion for Summary Judgment.  In fact, Plaintiff has not filed anything since May 24,

24   2005.

25          Based on the court's review of the file in this matter,

26      IT IS HEREBY ORDERED that, no later than June 30, 2006, Plaintiff file a declaration

27

28       [1]    The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

                              ORDER, *page 1*

1 │ showing cause why this action should not be dismissed for failure to prosecute.

2

3 │ Dated: June 9, 2006

4 │ _Patricia V. Trumbull_

5 │ PATRICIA V. TRUMBULL
   │ United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28