UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID BECK, | ) | Case No.: C-05-2131   PVT |
| Plaintiff, | ) ) | **ORDER THAT CASE BE REASSIGNED TO DISTRICT COURT JUDGE, AND RECOMMENDATION THAT CASE BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff filed the Complaint in this matter on May 24, 2005.  On June 2, 2005, the court granted Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*.  On October 17, 2005, Defendant filed an Answer to the Complaint in this matter.[1]  Civil Local Rule 16-5 states: "Within 30 days of receipt of defendant's answer, plaintiff must file a motion for summary judgment pursuant to Civil L.R. 7-2 and FRCivP 56."   On June 12, 2006, the Court issued an Order to Show Cause (the "OSC")  why the case should not be dismissed for failure to prosecute based on Plaintiff's failure to file a Motion for Summary Judgment or any other documents in the case after May 24, 2005.  The OSC set a deadline of June 30, 2006 for Plaintiff to file a declaration stating why this case should not be dismissed for failure to prosecute.  As of the date

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

of this Order, Plaintiff has not filed any response to the OSC. Therefore,

IT IS HEREBY ORDERED that this case be reassigned to a District Court Judge[2] with the recommendation that the case be dismissed for failure to prosecute. *See* Fed. Rules Civ. Pro. 40( b).

Dated:  August 1,   2006

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] This court is ordering reassignment to a District Court Judge because, absent consent of all parties, a Magistrate Judge does not have authority to dismiss the case.